# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09 CV 24

| | |
|---|---|
| JOHN BENI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| YAMAHA MOTOR CORPORATION, ) | |
| U.S.A., a California Corporation; YAMAHA ) | |
| MOTOR MANUFACTURING ) | |
| CORPORATION OF AMERICA, a Georgia ) | |
| Corporation; and YAMAHA MOTOR ) | |
| CORPORATION, LTD., a foreign ) | |
| corporation, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on James Johnson's Application for Admission to Practice *Pro Hac Vice* of Eric W. Hageman. It appearing that Eric W. Hageman is a member in good standing with the Minnesota Bar and will be appearing with James Johnson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James Johnson's Application for Admission to Practice *Pro Hac Vice* (#3) of Eric W. Hageman is **GRANTED**, and that Eric W. Hageman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James Johnson.

Signed: April 2, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge